654

No. —, original. EX PARTE PORESKY. March 19, 1934. The motion for leave to file petition for writ of mandamus is denied. *Mr. Joseph Poresky, pro se.*

No. —, original. EX PARTE HEILBRONER ET AL. March 19, 1934. The motion for leave to file petition for writ of prohibition and/or mandamus is denied. *Mr. Wilbur C. Davidson* for petitioners.

No. 738. BIG LAKE OIL CO. *v.* HEINER, COLLECTOR OF INTERNAL REVENUE. March 19, 1934. Petition for rehearing denied. See *post*, p. 677.

No. 768. WESTERN & ATLANTIC RAILROAD *v.* MICHAEL. March 19, 1934. Petition for rehearing denied. See *ante*, p. 649.

No. 663. GAY, RECEIVER, *v.* RUFF. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Robert M. Hitch* and *Archibald B. Lovett* for petitioner. *Mr. Thomas W. Hardwick* for respondent.

No. 669. MINNICH *v.* GARDNER ET AL. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Henry George Gress* for petitioner. *Mr. Clarence A. Fry for* respondents.